# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | |
|---|---|
| **LINDA J. CURRENCE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.** |
| ) | **0:14-cv-01056-JMC** |
| **SANTANDER CONSUMER USA, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## NOTICE OF SETTLEMENT

COME NOW the parties, by and through their undersigned counsel, and hereby state that the parties have reached a settlement as to all of the claims in the above-styled lawsuit. The parties therefore request that the Court give the parties 30 days to finalize formal settlement documents and file a joint stipulation of dismissal.

Respectfully submitted this 2nd day of March, 2015.

*/s/Richard C. Keller*
Richard C. Keller (SC Bar No. 258698)
BURR & FORMAN LLP
420 North Twentieth Street, Suite 3400
Birmingham, AL 35203
Telephone: (205) 251-3000
Facsimile: (205) 244-5723
rkeller@burr.com

Attorney for Defendant
SANTANDER CONSUMER USA, INC.

22936044 v1

2

/s/ *David A. Maxfield*
David A. Maxfield, Esq.
5217 N. Trenholm Road, Suite B
Columbia, SC 29206
Telephone: (803) 509-6800
Facsimile: (855) 299-1656
dave@consumerlawsc.com

Attorney for Plaintiff
LINDA J. CURRENCE

2

22936044 v1