IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Linda J. Currence,<br><br>    Plaintiff,<br><br>vs.<br><br>Santander Consumer USA, Inc.,<br><br>    Defendant | C/A No. 0:14-cv-01056-JMC |

### STIPULATION OF DISMISSAL WITH PREJUDICE AS TO SANTANDER CONSUMER USA, INC.

Plaintiff Linda J. Currence hereby dismisses her claims against the Santander Consumer USA, Inc. with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

NOW THEREFORE, it is hereby stipulated that the claims of the Plaintiff Linda J. Currence against Santander Consumer USA, Inc. are dismissed with prejudice with each party to bear its own fees and expenses.

WE SO STIPULATE:

s/ Dave Maxfield_____
Dave Maxfield, Fed. ID 6293
Dave Maxfield, Attorney, LLC
5217 N. Trenholm Rd., Ste. B
Columbia, SC 29206
(803) 509-6800
(855) 299-1656 fax
dave@consumerlawsc.com
*Attorney for Linda J. Currence*

s/Richard C. Keller__
Richard C. Keller, Fed. ID 11031
Burr & Forman
3000 Southtrust Tower
420 N. 20th Street, Ste. 3400
Birmingham, AL 35203
(205) 458-5323
(205) 244-5664
rkeller@burr.com
*Attorney for Santander Consumer USA, Inc.*

DATED: April 7, 2015                    Rock Hill, South Carolina

0:14-cv-01056-JMC     Date Filed 04/07/15    Entry Number 57     Page 3 of 3